UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530,<br><br>      Plaintiff,<br><br>      v.<br><br>$12,973,529 IN FUNDS ON DEPOSIT AT THE U.S. TREASURY, ACCOUNT NO. ****8183,<br><br>      Defendant. | **COMPLAINT FOR FORFEITURE *IN REM***<br><br><br><br>Civil Action No. 26-cv-802 |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

   WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 6th day of March, 2026, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(G)(i).

   YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**$12,973,529 IN FUNDS ON DEPOSIT AT THE
U.S. TREASURY, ACCOUNT NO. ****8183,**

   YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the

1

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: March __9__ , 2026



/s/ Angela D. Caesar
Clerk of the Court

By:   /s/ Hannah Norton
Deputy Clerk