AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00802-DLF |
| $12,973,529 IN FUNDS ON DEPOSIT AT THE U.S. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

$12,973,529 IN FUNDS ON DEPOSIT AT THE U.S. TREASURY, ACCOUNT NO. XXXX8183                              .


Date:    03/10/2026

/s/ Gerald M. Moody, Jr.
*Attorney's signature*

Gerald M. Moody, Jr., D.C. Bar No. 90032072
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, D.C. 20006
*Address*

gmoody@akingump.com
*E-mail address*

(202) 887-4131
*Telephone number*

(202) 887-4288
*FAX number*