# Exhibit B

## List of Henkin Claimants

**LIST OF HENKIN CLAIMANTS AND DAMAGES AWARDED**

*Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.,*
*Case No. 1:19-cv-01184 (D.D.C.)*

| Date Judgment Entered | Docket Number | Name of Plaintiff | Compensatory Award | Punitive Award | Total Damages Awarded |
|---|---|---|---|---|---|
| 6/18/24 | 78 | Estate of Eitam Henkin | $7,299.000.00 | $25,108,560.00 | $32,407,560.00 |
| 6/18/24 | 78 | Estate of Naama Henkin | $4,750,000.00 | $16,340,000.00 | $21,090,000.00 |
| 6/18/24 | 78 | Matan Henkin | $10,000,000.00 | $34,400,000.00 | $44,400,000.00 |
| 6/18/24 | 78 | N.E.H. | $10,000,000.00 | $34,400,000.00 | $44,400,000.00 |
| 6/18/24 | 78 | N.Y.H. | $10,000,000.00 | $34,400,000.00 | $44,400,000.00 |
| 6/18/24 | 78 | I.Z.H. | $10,000,000.00 | $34,400,000.00 | $44,400,000.00 |