## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

          Plaintiff,

   v.

$12,973,529 in funds on deposit at the U.S.
Treasury, Account No. ****8183,

          Defendant.

Civil Action No. 26-cv-802-DLF

**VERIFICATION**

I, Yoav Armoni declare as follows:

1.     I serve as one of the two court-appointed "estate managers", *i.e.*, personal representatives, of the Estates of Eitam and Naama Henkin, and one of the two guardians *ad litem* of the minor Henkin children I.Z.H. N.E.H., and N.Y.H. I previously served as guardian *ad litem* for Matan Henkin who has now reached the age of 18. The Estates of Eitam and Naama Henkin, Matan Henkin, I.Z.H. N.E.H., and N.Y.H. (collectively, the "Henkin Claimants") brought their claims through their estate managers and guardians *ad litem* the lawsuit captioned in *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

2.     I am providing this declaration in support of the Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture in Rem ("the Claim") submitted by the Henkin Claimants in the forfeiture action captioned *United States v. $12,973,529 in Funds on Deposit at*

1

*the U.S. Treasury*, Civil Action No. 26-cv-802 (D.D.C.).

3.    The Henkin Claimants hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in their favor and jointly and severally against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence and Security; (4) Bank Markazi Jomhouri Islami Iran; (5) Bank Melli Iran; (6) Bank Saderat Iran; (7) and the Syrian Arab Republic.

4.    The Henkin Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Henkin Claimants' right to the assets that are the subject of this forfeiture proceeding pursuant to the Terrorism Risk Insurance Act.

5.    The Henkin Claimants are the claimants in the Claim.

6.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

7.    I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct, to the best of my current knowledge, information, and belief.


Dated: March 10, 2026

_____
Yoav Armoni

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br><br>        Plaintiff,<br><br>   v.<br><br>$12,973,529 in funds on deposit at the U.S.<br>Treasury, Account No. ****8183,<br><br><br><br>        Defendant. | Civil Action No. 26-cv-802-DLF |

**VERIFICATION**

I, Matan Henkin declare as follows:

1.  I, along with minors I.Z.H., N.E.H., and N.Y.H. and the Estates of Eitam and Naama Henkin (collectively, the "Henkin Claimants") are the plaintiffs and judgment creditors in *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

2.  I am providing this declaration in support of the Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture in Rem ("the Claim") submitted by the Henkin Claimants in the forfeiture action captioned *United States v. $12,973,529 in Funds on Deposit at the U.S. Treasury*, Civil Action No. 26-cv-802 (D.D.C.).

3.  The Henkin Claimants hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in their favor and jointly and severally against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence and Security; (4) Bank Markazi

1

Jomhouri Islami Iran; (5) Bank Melli Iran; (6) Bank Saderat Iran; (7) and the Syrian Arab Republic.

4.    The Henkin Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Henkin Claimants' right to the assets that are the subject of this forfeiture proceeding pursuant to the Terrorism Risk Insurance Act.

5.    The Henkin Claimants are the claimants in the Claim.

6.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

7.    I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct, to the best of my current knowledge, information, and belief.

Dated: March _10_, 2026

_____
Matan Henkin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530

        Plaintiff,

    v.

$12,973,529 in funds on deposit at the U.S.
Treasury, Account No. ****8183,

        Defendant.

Civil Action No. 26-cv-802-DLF

**VERIFICATION**

I, David Jackson declare as follows:

1.      I serve as one of the two court-appointed "estate managers", *i.e.*, personal representatives, of the Estates of Eitam and Naama Henkin, and one of the two guardians *ad litem* of the minor Henkin children I.Z.H. N.E.H., and N.Y.H. I previously served as guardian *ad litem* for Matan Henkin who has now reached the age of 18. The Estates of Eitam and Naama Henkin, Matan Henkin, I.Z.H. N.E.H., and N.Y.H. (collectively, the "Henkin Claimants") brought their claims through their estate managers and guardians *ad litem* the lawsuit captioned in *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

2.      I am providing this declaration in support of the Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture in Rem ("the Claim") submitted by the Henkin Claimants in the forfeiture action captioned *United States v. $12,973,529 in Funds on Deposit at*

1

*the U.S. Treasury*, Civil Action No. 26-cv-802 (D.D.C.).

3.      The Henkin Claimants hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in their favor and jointly and severally against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence and Security; (4) Bank Markazi Jomhouri Islami Iran; (5) Bank Melli Iran; (6) Bank Saderat Iran; (7) and the Syrian Arab Republic.

4.      The Henkin Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Henkin Claimants' right to the assets that are the subject of this forfeiture proceeding pursuant to the Terrorism Risk Insurance Act.

5.      The Henkin Claimants are the claimants in the Claim.

6.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

7.      I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct, to the best of my current knowledge, information, and belief.

Dated: March 11, 2026

David Jackson

2